IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUSTIN LEE NABER,

    Plaintiff,

v.                                                                                    No. 15-cv-0129 KG/SMV

BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER, FNU GREER,
VIRGINIA CHAVEZ, FNU GRANT,
FNU HOGAN, and CHAPLAIN DEPARTMENT,[1]

    Defendants.

### ORDER DENYING PLAINTIFF'S MOTIONS TO COMPEL

THIS MATTER is before the Court on Plaintiff's Motion to Compel, [Doc. 16], and Motion to Compel Documentation/Photographs of Plaintiff's Hunger Strike, [Doc. 17]. Under D.N.M.LR-Civ. R. 16.3(d), prisoner petitions are excluded from the pre-trial case management procedures of Federal Rule of Civil Procedure 16. Because this is a civil rights action brought by a prisoner, and because discovery has not been ordered by the Court, both motions are **DENIED**.

However, Defendants are ordered to preserve all evidence related to Plaintiff's complaint, including the evidence he describes in his motions, as the Court may order a *Martinez* Report in the future.

    **IT IS SO ORDERED.**

                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**

---

[1] Defendants Bernalillo County Metropolitan Detention Center and Chaplain Department were dismissed from the case on August 5, 2015. [Doc. 18] at 3.