IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUSTIN LEE NABER,

    Plaintiff,

v.                                                                                No. 15-cv-0129 KG/SMV

BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER, FNU GREER,
VIRGINIA CHAVEZ, FNU GRANT,
FNU HOGAN, and CHAPLAIN DEPARTMENT,[1]

    Defendants.

### ORDER ADOPTING MAGISTRATE JUDGE'S
### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 26], issued on October 27, 2015. On reference by the undersigned, [Doc. 14], the Honorable Stephan M. Vidmar, United States Magistrate Judge, found that Plaintiff's Complaint [Doc. 1] failed to state a claim under to 42 U.S.C. § 1983 and, thus, should be dismissed. [Doc. 26] at 2–3. Judge Vidmar found that Plaintiff had not alleged that his own rights had been violated but, instead, that the rights of others had been violated. *Id.* The Court agrees that Plaintiff does not have standing to sue on behalf of other inmates. *See Reynoldson v. Shillinger*, 907 F.2d 124, 125 (10th Cir. 1990) ("[T]o the extent a complaint concerns 'inmates' rather than the plaintiff himself, it is dismissible for failure to allege the plaintiff's standing to proceed."); *Sherratt v. Utah Dep't of Corr.*, 545 F. App'x 744, 747 (10th

---

[1] Defendants Bernalillo County Metropolitan Detention Center ("BCMDC") and Chaplain Department were dismissed from the case on August 5, 2015. [Doc. 18] at 3.

1

Cir. 2013) ("[T]he district court properly dismissed [Plaintiff]'s claims alleged on behalf of other prisoners or the general prison population because [Plaintiff] lacked standing to bring them."). However, in the interests of justice, Plaintiff should be permitted to file an amended complaint that addresses the deficiency. *See Reynoldson*, 807 F.3d at 126 ("[I]f it is all possible that the party against whom the dismissal is directed can correct the defect in the pleading or state a claim for relief, the court should dismiss with leave to amend.").

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff be given **30 days** to AMEND his complaint if he can state a claim on which relief may be granted. If he fails to do so within the time allowed, the complaint may be DISMISSED without prejudice.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE